FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVAN P., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  4:21-cv-05161-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Goeke's February 18, 2022 Report and Recommendation, ECF No. 7. Judge Goeke recommends that the Court dismiss Plaintiff Ivan P.'s Complaint without prejudice because Plaintiff did not comply with the Court's order, ECF No. 4, directing Plaintiff to pay the full filing fee or to submit a properly completed application to proceed *in forma pauperis*. Plaintiff did not file any objections to the Report and Recommendation.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

//

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 7**, is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall provide notice of the dismissal to any and all Defendant(s) he served with a copy of the Complaint and Summons.

4. The Clerk's Office is directed to enter **JUDGMENT** and **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Pro Se Plaintiff, all counsel and Magistrate Judge Goeke.

**DATED** this 7th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge